**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    National Church Residences of Alief, Tx v. Harris County
Appraisal District

Appellate case number: 01-15-00900-CV

Trial court case number:    2014-35858

Trial court:    269th District Court of Harris County

It is ordered that Appellee's Motion for En Banc Reconsideration is denied.

It is so ORDERED.


Justice's signature: /s/ Laura Carter Higley
                     Acting for the En Banc Court


En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley,
Bland, Massengale, Brown, Lloyd, and Caughey.

Date: February 15, 2018